AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>ALEXANDER JAY BOYCE<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 3:25-mj-00288<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 5, 2025  in the county of  Multnomah  in the  District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Felony Assault of a Federal Officer, physical contact |

This criminal complaint is based on these facts:

See affidavit of Special Agent Travis Vas

☑ Continued on the attached sheet.

/s/ Travis Vas
*Complainant's signature*

Travis Vas, Special Agent, FPS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 4:42 p.m.

Date:  10/06/2025

*Judge's signature*

City and state:  Portland, Oregon

Honorable Jeffrey Armistead
*Printed name and title*