Mark Ahlemeyer, OSB # 095997
Assistant Federal Public Defender
Email: mark_ahlemeyer@fd.org
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
Tel: (503) 326-2123
Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-cr-00463-IM-1 |
| Plaintiff, | |
| v. | DEFENDANT'S SENTENCING MEMORANDUM |
| ALEXANDER JAY BOYCE, | |
| Defendant. | |

Alexander Jay Boyce will appear before this Court on March 16, 2026, for sentencing upon his plea of guilty to a Class A misdemeanor: Assaulting a Federal Officer, in violation of Title 18, U.S.C. § 111(a)(1). For the reasons outlined in other sentencing materials before the Court and that will be presented at the sentencing hearing, the defense respectfully requests that the Court sentence Mr. Boyce to time-served with a one year term of supervised release to follow.

**APPLICABLE LAW**

Federal sentencing is premised on the "parsimony principle" articulated in 18 U.S.C. § 3553(a). *Dean v. United States*, 137 S.Ct. 1170, 1175 (2017). That principle dictates that a

sentence be "sufficient, but not greater than necessary," to comply with the following purposes of sentencing:

- To reflect the seriousness of the offense;

- To afford adequate deterrence to criminal conduct;

- To protect the public from further crimes of the defendant; and

- To provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.

18 U.S.C. § 3553(a)(2).

In arriving at a sentence that is sufficient but not greater than necessary, § 3553(a) also requires a court to consider the nature and circumstances of the offense, the history and characteristics of a defendant, the kinds of sentences available, and the sentencing range established by the advisory United States Sentencing Guidelines. 18 U.S.C. § 3553(a)(1), (3)-(7); *United States v. Carty*, 520 F.3d 984, 991 (9th Cir. 2008); *United States v. Booker*, 543 U.S. 220 (2005).

Here, there is no dispute about the advisory guidelines. The parties agree that Mr. Boyce does not have any criminal history, and that his resulting advisory guideline range is 0-6 months. Given the overall circumstances of this case and Mr. Boyce's background and characteristics, a time-served sentence satisfies the purposes of federal sentencing and is sufficient, but not greater than necessary.

Dated: March 11, 2026.

*/s/ Mark Ahlemeyer*
Mark Ahlemeyer, OSB # 095997